# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

## CRIMINAL MINUTE SHEET - Non Evidentiary Proceeding

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO.  CR-22-00003-001-HE |
| BRYAN SCOTT MILLER, | ) | |
| Defendant. | ) | |

| Government Appearances: | Defendant Appearances: |
|---|---|
| Chelsie Pratt, AUSA | Jeffery Box, Esq., (ret) |

| | |
|---|---|
| Judge Joe Heaton, Presiding | Date and Time: 05/11/2022 @ 1:00 A.M. TO 1:30 P.M<br>Total Time:  30 minutes |
| Lisa Minter, Deputy Clerk | Probation:  Raquel Sweet, USPO |
| Tracy Thompson, Court Reporter | |

**PROCEEDINGS**:    ☒ **CHANGE OF PLEA**;    ☐ **WAIVE AND FILE**;  ☐ **OTHER**;

Hearing Concluded:  ☒ yes ☐ no;
- ☒  Defendant **SWORN**;
- ☒  Entry of Guilty Plea  ☒ Held on count(s)  Counts 1 and 2 of the 2 count indictment returned 01/06/2022.
- ☒  Sentencing Guidelines applicable;
- ☒  Defendant enters a plea of     ☐ Not Guilty   ☒ Guilty   ☐ Nolo;
- ☒  Waiver of Jury Trial to be submitted and filed;
- ☐  Waiver of Indictment filed;
- ☐  Plea Agreement accepted ☐ Court defers acceptance of the Plea Agreement;
- ☐  Plea Agreement filed (see plea agreement for specifics)   ☐Plea Supplement filed under seal;
- ☒  Plea Petition filed;   ☒  Plea Petition only;
- ☒  Sentencing Hearing to be set upon filing of the final presentence report.
- ☐  Orders for PSR, Disclosure date and setting sentencing entered;
- ☐  Order setting conditions of release signed and entered;
- ☐  Dft Bond ☐ Set  ☐ Reduced to $ _____ ☐ Cash  ☐ Surety
      ☐ 10%  ☐ PR;
- ☐   Bond  ☐ Continued with Conditions; and  ☐ Forfeited;
- ☒  Dft Custody/Detention Continued;
- ☐  Dft Remanded to Custody of U.S. Marshal;

Other: Sentencing hearing to be set upon filing of the final presentence report.